

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:    01-21-00470-CV

Trial Court Cause
Number:    2021-18448

Style:    *Brian Cweren and The Cweren Law Firm, PLLC*

   *v. Eureka Multifamily Group, L.P., Rene Campos, Jimmy Arnold and Chris Robertson*

Date motion filed*:    February 9, 2022

Type of motion:    Motion for Extension of Time

Party filing motion:    Appellants

Document to be filed:    Reply Brief

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

   Original due date:    February 14, 2022

   Number of previous extensions granted:    0

   Date Requested:    42 days

Ordered that motion is:

   ☒    Granted

      If document is to be filed, document due: **March 28, 2022**

      ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐ The Court will not grant additional motions to extend time.

   ☐ Denied

   ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐ Other: _____

   _____
   _____
   _____
   _____

Judge's signature: /s/ April L. Farris
           ☒ Acting individually    ☐ Acting for the Court

Date: February 15, 2022